IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FELIX BAUDER,<br>　　　　　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>　　　　　　Defendant. | CIVIL ACTION<br>NO. 12-5045 |

## ORDER

The Court has carefully and independently considered Plaintiff's Brief and Statement of Issue in Support of Request for Review, (Dkt No. 13), Defendant's Response, (Dkt No. 16), Plaintiff's Reply, (Dkt No. 17), and the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter. (Dkt No. 19). No objections to the Report and Recommendation have been filed.

AND NOW, this 16th day of October, 2014, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Request for Review is GRANTED, and the decision of the Commissioner of the Social Security Administration is REVERSED to the extent that the matter is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with United States Magistrate Judge Thomas J. Rueter's Report and Recommendation;

3. Judgment is entered in favor of Plaintiff, reversing the decision of the Commissioner for the purpose of this remand only;

4. The Clerk shall close this case for all purposes, including statistics.

BY THE COURT:

/s/ C. Darnell Jones, II

_____

C. Darnell Jones, II    J.